BINNS v VITAGRAPH CO. OF AMERICA.

(Supreme Court, Appellate Division, First Department. November 25, 1910.)

Appeal from Special Term, New York County.

Action by John R. Binns against the Vitagraph Company of America. From an interlocutory judgment of the Special Term (67 Misc. Rep. 327, 124 N. Y. Supp. 515) for plaintiff, defendant appeals. Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, MILLER, and DOWLING, JJ.

James J. Allen, for appellant.
Arthur F. Hansl, for respondent.

PER CURIAM. Judgment affirmed, with costs.

McLAUGHLIN, J. (dissenting). I think the judgment should be modified, so that the defendant should be only enjoined from using the plaintiff's name in connection with the circular and the production referred to.

DOWLING, J. (dissenting). I dissent, upon the ground that the use of the plaintiff's name upon the film itself is not a use, within the meaning of the statute, for advertising purposes, or for the purpose of trade, and that the unlawful use of the plaintiff's name upon the circular advertising the films in question for lease to the trade is not within the scope of the complaint, nor relied upon as a foundation for the judgment.